IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA | ) | Case No. 13-cv-05429 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | |
| | ) | |
| LIBERTY POWER CORP., LLC, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND TO POSTPONE RULE 16 CONFERENCE**

Now comes Liberty Power Corp., LLC and Liberty Power Holdings, LLC ("Liberty Power"), Defendants herein, by and through their attorneys, Greenberg Traurig, LLP, and file this Unopposed Motion for Extension of Time to Answer Complaint and to Postpone Rule 16 Conference (the "Motion"). In support of the Motion, Liberty Power states as follows:

On July 30, 2013, Plaintiff Scott Dolemba (the "Plaintiff") filed his Complaint in the above captioned matter. On August 22, 2013 Greenberg Traurig, LLP filed appearances on behalf of Liberty Power (Docket Nos. 14, 15, and 16) as well as an Unopposed Motion for Extension of Time to Answer Complaint (the "First Motion for Extension of Time") (Docket No. 17).

On August 23, 2013, the Court entered an order granting the First Motion for Extension of Time and directing the parties to engage in a Pre-Trial Conference pursuant to Federal Rule of Procedure 16 (the "Rule 16 Conference") to discuss settlement and to prepare an associated Planning Report (the "Planning Report") (Docket No. 19).

In the interim time period, the parties have engaged in informal discovery to address settlement and believe that a resolution to the lawsuit may be forthcoming. In order to facilitate settlement and to save further time and expenses, Liberty Power respectfully requests an additional extension of time to answer or otherwise plead as well as a postponement of the Rule 16 Conference and Planning Report.

Counsel for Liberty Power has spoken to counsel for Plaintiff and Plaintiff's counsel has indicated they have no objection to the requested extension of time and agree that the parties are making progress towards settlement.

WHEREFORE, Liberty Power Corp., LLC and Liberty Power Holdings, LLC respectfully request that this Court grant (a) a thirty (30) day extension of time in which to file their answer or responsive pleading to Plaintiff's Complaint; (b) a thirty (30) day extension of time in which to hold the Pre-Trial Conference pursuant to Federal Rule of Procedure 16 and to prepare an associated Planning Report; and (c) any further relief the Court deems just and appropriate.

    Respectfully submitted,
    LIBERTY POWER CORP., LLC and
    LIBERTY POWER HOLDINGS, LLC

    By:   /s/ Collin B. Williams
          One of their Attorneys

Francis A. Citera
Paul A. Del Aguila
Collin B. Williams
GREENBERG TAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Cathleen M. Combs
Daniel A. Edelman
Julie Clark
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200

                                                         /s/ Collin Williams