IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA ) | Case No. 13-cv-05429 |
| ) | |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| v. ) | |
| ) | |
| LIBERTY POWER CORP., LLC, et al. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF SETTLEMENT AND JOINT MOTION FOR EXTENSION OF TIME**

Now comes Liberty Power Corp., LLC and Liberty Power Holdings, LLC ("Liberty Power"), Defendants herein, and Plaintiff Scott Dolemba ("Plaintiff") (Liberty Power and Plaintiff are hereinafter collectively known as "Parties") by and through their respective attorneys, and file this Notice of Settlement and Joint Motion for Extension of Time (the "Notice"). In support of the Notice, the Parties state as follows:

On July 30, 2013, Plaintiff filed his Complaint in the above captioned matter. On August 22, 2013 Greenberg Traurig, LLP filed appearances on behalf of Liberty Power (Docket Nos. 14, 15, and 16) as well as an Unopposed Motion for Extension of Time to Answer Complaint (the "First Motion for Extension of Time") (Docket No. 17).

On August 23, 2013, the Court entered an order granting the First Motion for Extension of Time and directing the parties to engage in a Pre-Trial Conference pursuant to Federal Rule of Procedure 16 (the "Rule 16 Conference") to discuss settlement and to prepare an associated Planning Report (the "Planning Report") (Docket No. 19). In the meantime, the Parties engaged in informal discovery and discussed settlement.

On September 24, 2013, the Court entered an order granting Liberty Power's Second Unopposed Motion for Extension of Time (Docket No. 20) and directing the Liberty Power to answer or otherwise plead by October 28, 2013 and setting the deadline for the Rule 16 Conference and Planning Report for November 25, 2013. (Docket No. 22). The Parties continued to engage in informal discovery and to discuss settlement.

The Parties are pleased to report that they have reached a settlement in this matter and are in the process of documenting the settlement. The Parties expect to finish documenting the settlement and file a Stipulation of Dismissal within the next sixty (60) days.

WHEREFORE, Liberty Power Corp., LLC, Liberty Power Holdings, LLC and Plaintiff Scott Dolemba respectfully request that this Court grant (a) a sixty (60) day extension of time for Liberty Power Corp., LLC and Liberty Power Holdings, LLC to file their answer or responsive pleading to Plaintiff's Complaint; (b) a sixty (60) day extension of time in which to hold the Pre-Trial Conference pursuant to Federal Rule of Procedure 16 and to prepare an associated Planning Report; and (c) any further relief the Court deems just and appropriate.

Respectfully submitted,
LIBERTY POWER CORP., LLC and
LIBERTY POWER HOLDINGS, LLC

By: __/s/ Collin B. Williams____
One of their Attorneys

Francis A. Citera
Paul A. Del Aguila
Collin B. Williams
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601

CHI 64139192v1

3

SCOTT DOLEMBA

By:   /s/ Julie Clark_____
        One of His Attorneys

Cathleen M. Combs
Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.


                                                    /s/ Collin Williams