# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Scott Dolemba

                              Plaintiff,

v.                                                Case No.: 1:13−cv−05429
                                                    Honorable Rebecca R. Pallmeyer

Liberty Power Corp., LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2014:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Fed R. Civ. Proc. 41(a),the parties hereby stipulate [26] and agree to the dismissal of Plaintiffs individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action. Status hearing date of 1/9/2014 is stricken. Motion to certify class [6] is withdrawn. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.